PEARL GOLDMINTZ, ADMINISTRATRIX AD PROSEQUENDUM, ETC., APPELLANT, v. PERTH AMBOY BEEF COMPANY, RESPONDENT.

Argued February 15, 1933—Decided April 28, 1933.

For the appellant, *Russell Fleming*.

For the respondent, *John Murray May*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Bodine, Donges, Heher, Van Buskirk, Kays, Dear, Wells, JJ. 10.

*For reversal*—None.